UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH TURNER,

        Plaintiff,                 Case no. 07-13837
                                        HON. JOHN CORBETT O'MEARA

v.

WARREN EVANS,

        Defendant.

_____/

ORDER ADOPTING MAGISTRATE JUDGE BINDER'S
REPORT AND RECOMMENDATION

    The Court having reviewed Magistrate Judge Binder's Report and Recommendation, filed May 15, 2008, as well as Plaintiff's objection filed June 23, 2008, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is adopted by this Court.

                                                s/John Corbett O'Meara
                                               United States District Judge

Date: June 30, 2008

Certificate of Service

    I hereby certify that a copy of this order was served upon the parties of record on June 30, 2008, electronically or by U.S. Mail.

                                               s/William Barkholz
                                               Case Manager